D.C. Courts Home

# Court Cases Online

Case Search for Person: GINGOLD, DENNIS

**Click here to view search criteria**

Search retrieved 2 cases in less than a second.

**Click here to view search results**

Selected 1 cases to view

Viewing single case; Details retrieved in less than a second.

**Click here to view case summary**

| 2014 CA 002782 B: BOYD, JOHN W. Vs. KILPATRICK TOWNSEND & STOCKTON, LLP, et al. | |
|---|---|
| Case Type: Civil II | File Date: 05/06/2014 |
| Status: Open | Status Date: 05/06/2014 |
| Disposition: Undisposed | Disposition Date: |

| Party Name | Party Alias(es) | Party Type | Attorney(s) |
|---|---|---|---|
| BOYD, JOHN W. | | PLAINTIFF | DOYLE, Mr ROBERT W |
| KILPATRICK TOWNSEND & STOCKTON, LLP | MARTI, DANIEL H. | Defendant | |
| GINGOLD, DENNIS M. | NABATOFF, ROSS | Defendant | |

| Schedule Date | Schedule Time | Description |
|---|---|---|
| 08/15/2014 | 09:30 AM | Initial Scheduling Conference-60 |

| Docket Date | Description | Messages |
|---|---|---|
| 05/09/2014 | Proof of Service | Proof of Service<br>Method : Service Issued<br>Issued : 05/06/2014<br>Service : Summons Issued<br>Served : 05/06/2014<br>Return : 05/09/2014<br>On : KILPATRICK TOWNSEND & STOCKTON, LLP<br>Signed By : Daniel H. Marti<br><br>Reason : Proof of Service<br>Comment :<br><br>Tracking #: 5000145871 |
| 05/09/2014 | Affidavit of Service of Summons & Complaint on | Affidavit of Service of Summons & Complaint on KILPATRICK TOWNSEND & STOCKTON, LLP (Defendant); |
| 05/09/2014 | Proof of Service | Proof of Service<br>Method : Service Issued<br>Issued : 05/06/2014<br>Service : Summons Issued<br>Served : 05/07/2014<br>Return : 05/09/2014<br>On : GINGOLD, DENNIS M.<br>Signed By : Michele Woods<br><br>Reason : Proof of Service<br>Comment :<br><br>Tracking #: 5000145872 |
| 05/09/2014 | Affidavit of Service of Summons & Complaint on | Affidavit of Service of Summons & Complaint on DENNIS M. GINGOLD (Defendant); |
| 05/06/2014 | Service Issued | Issue Date: 05/06/2014<br>Service: Summons Issued<br>Method: Service Issued<br>Cost Per: $<br><br>KILPATRICK TOWNSEND & STOCKTON, LLP<br>607 14th Street N.W.,<br>Suite.900<br>WASHINGTON, DC 20005<br>Tracking No: 5000145871 |

*Exhibit D*
*DC Superior Court Docket Sheet*

Court Cases Online

|  |  |  |
|---|---|---|
|  |  | GINGOLD, DENNIS M.<br>8712 Crider Brook Way<br>ROCKVILLE, MD 20854<br>Tracking No: 5000145872 |
| 05/06/2014 | Event Scheduled | Event Scheduled<br>Event: Initial Scheduling Conference-60<br>Date: 08/15/2014 Time: 9:30 am<br>Judge: DIXON JR, HERBERT B Location: Courtroom 415 |
| 05/06/2014 | Complaint for Breach of Contract Filed | Complaint for Breach of Contract Filed<br>Attorney: DOYLE JR, Mr ROBERT W (285429)<br>JOHN W. BOYD JR (PLAINTIFF); Receipt: 280477 Date: 05/06/2014 |

| Receipt # | Date | From | Payments |  | Fee |  | Amount Paid |
|---|---|---|---|---|---|---|---|
| 280477 | 05/06/2014 | DOYLE JR, Mr ROBERT W | Check | $120.00 | Cost | $120.00 | $120.00 |

*Exhibit D*
*DC Superior Court Docket Sheet*