**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN W. BOYD, JR. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No.14-cv-00889 |
| KILPATRICK TOWNSEND ) | Removed from D.C. Superior Court |
| & STOCKTON, LLP, et al., ) | (Case No. 2014 CA 002782) |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

## AMENDED CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of May 2014, a true and correct copy of

*Defendants Dennis M. Gingold's Notice of Removal* was served via first class mail, postage

prepaid on the following:

Robert W. Doyle, Jr., Esq.
Andre P. Barlow
Camelia C. Mazard
Keith Lively
Doyle, Barlow & Mazard, PLLC
1110 Vermont Ave., N.W., Ste. 715
Washington, D.C. 20005
*Counsel for Plaintiff John W. Body, Jr.*


and

Charles Davant, IV, Esq.
John Kazar Villa, Esq.
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, DC 20005
*Counsel for Defendant Kilpatrick Townsend & Stockton, LLP*

                                                /s/Alan L. Balaran
                                                Alan L. Balaran